IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| MOUNTAINTRUE, SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, and DEFENDERS OF WILDLIFE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE and FOREST SUPERVISOR JAMES MELONAS, <br><br> Defendants. | Civil Case No. 1:25-cv-91-MR-WCM |

## JOINT MOTION FOR EXTENSION OF TIME

The Parties respectfully request an extension of two deadlines related to Defendants' pending Motion to Dismiss, ECF No. 9. Pursuant to Local Civil Rule 7.1(e), Plaintiffs' deadline for responding to Defendants' motion is May 22, 2025. Because undersigned counsel underwent surgery this week and other counsel for Plaintiffs have previously scheduled travel, Plaintiffs seek a seven-day extension of the deadline to respond to Defendants' motion, which Defendants do not oppose. Such an extension would also align Plaintiffs' deadline for a response with the deadline for amendment as a matter of course under Fed. R. Civ. P. 15(a)(1)(B).

Applying a corresponding extension to Defendants' deadline for a reply means their reply brief would be due by June 5, 2025. However, undersigned counsel for Defendants has previously scheduled obligations for much of the first week of June; thus, Defendants seek an eight-day extension of the deadline for a reply brief, which Plaintiffs do not oppose.

Accordingly, the Parties respectfully request that the Court extend the deadline for Plaintiffs' response from May 22 to May 29, 2025, and the corresponding deadline for Defendants' reply from June 5 to June 13, 2025.

Respectfully submitted this 15th day of May, 2025.

*/s/ Sam Evans*
Sam Evans
N.C. Bar No. 44992
Southern Environmental Law Center
48 Patton Ave, Ste 304
Asheville, NC 28801-3321
Telephone: 828-258-2023
sevans@selc.org

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources
Division
United States Department of Justice

*/s/   John P. Tustin*
JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney
Natural Resources Section

P.O. Box 7611  
Washington, D.C. 20044-7611  
Phone: (202) 305-3022  
Fax: (202) 305-0275

## CERTIFICATION REGARDING THE USE OF ARTIFICIAL INTELLIGENCE

Pursuant to this Court's Standing Order entered June 18, 2024, and published to the Bar of the Western District on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this Motion, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this Motion has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 15th day of May, 2025.

*/s/ Sam Evans*
Sam Evans

*Counsel for Plaintiffs*