UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| MOUNTAINTRUE, SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, and DEFENDERS OF WILDLIFE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, and JAMES MELONAS, in his official capacity as Forest Supervisor for the National Forests of North Carolina, <br><br> Defendants. | ) Case No. 1:25-cv-91-MR-WCM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendants United States Forest Service and James Melonas, in his official capacity as Forest Supervisor for the Nantahala and Pisgah National Forests, move to dismiss Plaintiffs' First Amended Complaint (ECF No. 12) under Federal Rule of Civil Procedure 12(b)(1). Plaintiffs' Amended Complaint is a facial challenge to the 2023 Land Management Plan for the Nantahala and Pisgah National Forests. The Court lacks subject matter jurisdiction over this action for two independent reasons. First, Plaintiffs' challenge is not ripe for review. Second, Plaintiffs fail to demonstrate an injury-in-fact required to establish Article III jurisdiction. Plaintiffs' challenge is justiciable only in the context of a specific application of the Forest Plan, which Plaintiffs do not allege in their Amended Complaint.

This motion is supported by the accompanying brief in support and exhibit, Defendants' forthcoming reply brief, and upon such oral and/or documentary evidence as may be presented at, before, and after any hearing of this motion.

Respectfully submitted on this 3rd day of June, 2025.

> RUSS FERGUSON
> United States Attorney
>
> /s/ Gill P. Beck
> Gill P. Beck
> Assistant United States Attorney
> Chief, Civil Division
> N.C. State Bar No. 13175
> Room 233, U.S. Courthouse

100 Otis Street
Asheville, North Carolina 28801
(828) 271-4661
Gill.Beck@usdoj.gov

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ John P. Tustin
JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022
Fax: (202) 305-0275

*Attorneys for Defendants*

# **CERTIFICATION**

Pursuant to the Standing Order of this Court entered June 18, 2024, and published to the Bar of the Western District on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

Dated this 3rd day of June, 2025.

>   */s/   John P. Tustin*
>   JOHN P. TUSTIN