# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:25-cv-00091-MR-WCM

| | | |
|---|---|---|
| MOUNTAINTRUE, SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, and DEFENDERS OF WILDLIFE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| UNITED STATES FOREST SERVICE and FOREST SUPERVISOR JAMES MELONAS, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

This matter concerns a challenge to the Defendants' development of a revised Land and Resource Management Plan ("Revised Forest Plan") for the Nantahala and Pisgah National Forests, as well as the underlying Final Environmental Impact Statement ("FEIS") and Record of Decision for the Revised Forest Plan. The Plaintiffs' First Amended Complaint requests the Court to vacate the Revised Forest Plan, FEIS, and Record of Decision and to enjoin the Defendants from relying on the Revised Forest Plan. [Doc. 12 at 85]. The Defendants' Motion to Dismiss [Doc. 14] is currently pending.

On March 31, 2026, in a separate case involving all the parties in this matter, this Court vacated the biological opinion for the Revised Forest Plan. See Defenders of Wildlife, et al. v. United States Forest Service, et al., No. 1:24-cv-0118-MR-WCM (W.D.N.C. Mar. 31, 2026). As the Court noted in Defenders, vacating the biological opinion voids authority for the Revised Forest Plan. Id.; see Sierra Club v. Nat'l Marine Fisheries Serv., 797 F. Supp. 3d 440, 496 (D. Md. 2024) ("[A]s other courts have recognized, vacating a biological opinion voids authority for the proposed action."). Because the Plaintiffs in this matter request vacatur of the Revised Forest Plan, the Court recognizes that vacatur of the biological opinion may impact the litigation of this case. Accordingly, the Court directs the parties to file a joint status update regarding the impact, if any, of such vacatur on the future litigation of this case.

Additionally, the Court notes that the pending motion to dismiss in this matter concerns, among other things, a dispute regarding whether the Plaintiffs' facial challenge to the Revised Forest Plan is ripe in the absence of a challenge to a site-specific project implementing the Revised Forest Plan. [Docs. 14, 15, 17, 18]. However, while the motion to dismiss has been pending, the Defendants have notified the Court that they issued a final decision regarding the Nantahala Mountains Project, [Doc. 22], which is one

2

of the site-specific projects implementing the Revised Forest Plan identified by the Plaintiffs in their First Amended Complaint, [Doc. 12 at ¶¶ 11, 281-82]. The Plaintiffs also attached to their First Amended Complaint a letter from Defendant Melonas that indicates the Plaintiffs objected to the Nantahala Mountains Project prior to the Defendants' issuance of the final decision for that project. [Doc. 12-1]. Accordingly, the Court directs the parties to address any impact that this development, or any other related development, has on the parties' future litigation of this case.

## **O R D E R**

**IT IS, THEREFORE, ORDERED** that the parties are hereby **DIRECTED** to file a joint status update addressing the issues raised herein within fourteen (14) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: April 6, 2026

Martin Reidinger
Chief United States District Judge

3